

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**
**OFFICE OF THE CLERK**

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Reply to Southern Division Address                                                             Elizabeth B. Snowden, Chief Deputy

June 4, 2015

Derwin Bell
626 University Drive
Waldorf, MD 20602

    RE: Bell v. Clarke et al
       TDC 15-cv-1621

Dear Mr. Bell:

The above-captioned case has been transferred or removed from Circuit Court for Charles County, Maryland to this Court and assigned the above case number.

                 Sincerely,

                 /s/
                 Felicia C. Cannon, Clerk

cc:  All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**