**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

DERWIN BELL,                                    *

      Plaintiff,                            *        Case No. 8-15-cv-01621-TDC

                                  *

      v.                                         *

JAMES E. CLARKE, *et al.*,                     *

      Defendants.                            *

      *            *            *            *            *

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, Defendant Ocwen Loan Servicing, LLC ("Ocwen" or "Defendant"), by and through its attorneys, submits the following corporate disclosure statement:

Ocwen is a non-governmental limited liability company.  Ocwen is an indirect subsidiary of Ocwen Financial Corporation, a publicly traded company on the NYSE (OSE).

Respectfully submitted,

DUANE MORRIS LLP

By:  /s/  Laurie B. Goon
        Laurie B. Goon (Federal Bar No. 29604)
        DUANE MORRIS LLP
        111 South Calvert Street, Suite 2000
        Baltimore, MD  21202-6114
        Telephone: 410-949-2943
        Facsimile: 410-510-1274
        lbgoon@duanemorris.com

*Attorneys for Defendants, James E. Clarke,*
*Renee Dyson, Shannon Menapeace, Wells*
*Fargo Bank, N.A., as Trustee Under the*
*Pooling and Servicing Agreement Relating*
*to Impac Secured Assets Corp., Mortgage*
*Pass-Through Certificates, Series 2005-2,*
*and Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2015, a true and correct copy of the foregoing was filed via the Court's CM/ECF filing system, and served via first-class mail, postage prepaid, to:

Derwin Bell
626 University Drive
Waldorf, MD 20602
*Pro Se Plaintiff*

 /s/  Laurie B. Goon
Laurie B. Goon

DM1\5721168.1