IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| DERWIN BELL, | * | |
| Plaintiff, | * | Case No. 8-15-cv-01621-TDC |
| | * | |
| v. | | |
| | * | |
| JAMES E. CLARKE, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant"), by and through its attorneys, submits the following corporate disclosure statement:

Wells Fargo is a wholly-owned subsidiary of Wells Fargo & Company, the shares of which are publically traded on the New York Stock Exchange.

Respectfully submitted,

DUANE MORRIS LLP

By: */s/ Laurie B. Goon*
DUANE MORRIS LLP
111 South Calvert Street, Suite 2000
Baltimore, MD  21202-6114
Telephone: 410-949-2943
Facsimile: 410-510-1274
lbgoon@duanemorris.com

*Attorneys for Defendants, James E. Clarke, Renee Dyson, Shannon Menapeace, Wells*

*Fargo Bank, N.A., as Trustee Under the Pooling and Servicing Agreement Relating to Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2005-2, and Ocwen Loan Servicing, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June, 2015, a true and correct copy of the foregoing was filed via the Court's CM/ECF filing system, and served via first-class mail, postage prepaid, to:

Derwin Bell
626 University Drive
Waldorf, MD 20602
*Pro Se Plaintiff*

  /s/  *Laurie B. Goon*
Laurie B. Goon